OPINION — AG — ** HORSE RACING COMMISSION — FINES — PENALTIES ** THE OKLAHOMA HORSE RACING COMMISSION DOES POSSESS AUTHORITY UNDER 3A O.S. 204 [3A-204](A)(17) TO ASSESS MULTIPLE FINES AGAINST AN INDIVIDUAL LICENSEE TOTALLING MORE THAN FIVE THOUSAND DOLLARS ($5,000) FOR MULTIPLE OFFENSES OCCURRING ON THE SAME DAY, SO LONG AS NO INDIVIDUAL FINE EXCEEDS FIVE THOUSAND DOLLARS ($5,000) (FINES, HONESTY, DISCIPLINE, CRIMINAL ACTIONS) CITE: 3A O.S. 200 [3A-200], 3A O.S. 203.7 [3A-203.7], 3A O.S. 204 [3A-204] [3A-204](A), 3A O.S. 204 [3A-204](A)(17) (MICHAEL SCOTT FERN)